IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **INSIGNIA DISPOSAL SERVICES, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL A. HREBENAR, et al.,**<br><br>Defendants. | **CIVIL ACTION**<br><br>**NO. 23-1722** |

## ORDER RE: DEFENDANTS' MOTION TO DISMISS

AND NOW, on this 4th day of October, 2023, for the reasons laid out in the foregoing memorandum, it is hereby **ORDERED** that Defendants' Motion to Dismiss (ECF No. 7), is **GRANTED** without prejudice. A corresponding order will follow in Key Star Partners, LLC v. Insignia Disposal Servs., LLC, No. CV 22-2338.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 23\23-1722 Insignia Disposal Services LLC v. Hrebenar et al\23-1722 - Order re MtD - 10.4.2023.docx

1